

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER REQUESTING RESPONSE TO EMERGENCY MOTION TO DISMISS

Appellate case name:         Renee Jefferson-Smith v. City of Houston, Texas and Harris County, Texas

Appellate case number:      01-20-00136-CV

Trial court case number:    2019-82952

Trial court:                      269th District Court of Harris County

On March 2, 2020, appellees, Cynthia Bailey and Tarsha Jackson, filed an emergency motion to dismiss this appeal. The Court requests a response to the emergency motion from appellant, Renee Jefferson-Smith. The response must be filed no later than **4:00 p.m. on March 6, 2020**.

Clerk's signature: _____/s/ Christopher A. Prine_____

Date: __March 3, 2020____